1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARGARET BRANICK-ABILLA, CSBN 223600
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, CA  94105
10      Telephone: (510) 970-4809
        Facsimile: (415) 744-0134
11      Email: Margaret.Branick-Abilla@ssa.gov
12 Attorneys for Defendant
13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA
15                        WESTERN DIVISION
16

| DAVID M. SCHNEIDER, | ) Case No. 2:21-cv-06932-KK |
|---|---|
| Plaintiff, | ) |
|  | ) **ORDER** |
| v. | ) |
|  | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

1  Based upon the parties' Stipulation for the Award and Payment of Attorney
2  Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS**
3  **ORDERED** that fees in the amount of $6,800.00 as authorized by 28 U.S.C.
4  § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: July 6, 2022

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE